```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13667
   PAMELA B SWANN
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2278


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
   The case was filed on 07/31/2007 and was not confirmed.

   The case was dismissed without confirmation 10/24/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------------
HOUSEHOLD FINANCE CORP   CURRENT MORTG          .00            .00           .00
HOUSEHOLD FINANCE CORP   MORTGAGE ARRE          .00            .00           .00
HOUSEHOLD FINANCE CORP   CURRENT MORTG          .00            .00           .00
HOUSEHOLD FINANCE CORP   MORTGAGE ARRE          .00            .00           .00
BARCLAYS CAPITAL REAL ES CURRENT MORTG          .00            .00           .00
BARCLAYS CAPITAL REAL ES CURRENT MORTG          .00            .00           .00
CITY OF CHICAGO WATER DE SECURED            1780.00            .00           .00
ACS                      UNSEC W/INTER      2730.12            .00           .00
CHASE                    UNSEC W/INTER NOT FILED               .00           .00
CITIBANK/SEARS           UNSEC W/INTER NOT FILED               .00           .00
CITY OF CHICAGO PARKING  UNSEC W/INTER       100.00            .00           .00
HSBC BANK NEVADA NA      UNSEC W/INTER       433.05            .00           .00
MACYS DSNB               UNSEC W/INTER NOT FILED               .00           .00
PEOPLES GAS & LIGHT      UNSEC W/INTER       581.91            .00           .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER       188.64            .00           .00
WEST ASSET MANAGEMENT    UNSEC W/INTER NOT FILED               .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,014.00                       982.80
TOM VAUGHN               TRUSTEE                                           67.20
DEBTOR REFUND            REFUND                                           535.00

   Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE               1,585.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                 982.80
TRUSTEE COMPENSATION                            67.20
DEBTOR REFUND                                  535.00
                     ---------------        ---------------
TOTALS                1,585.00                1,585.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 13667 PAMELA B SWANN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 13667 PAMELA B SWANN